# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Fast Simon Visual Discovery ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., cap, jeans, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as cap, jeans, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image by using Artificial Intelligence. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>https://www.fastsimon.com/technologies/ai-visual-discovery/ |



## An AI-Powered Solution That Inspires Shoppers To Buy

**Visual Search, photos from your mobile device, Instagram feed links to your site, Shop The Look from model images & Shop Similar for AI Assistance**

Learn more

https://www.fastsimon.com/technologies/ai-visual-discovery/



Platforms ▾    Solutions ▾    Resources ▾    Pricing

### In this article

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., cap, jeans, etc.).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search across |

merchants' collection and present similar products to the user.



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



list of likely pointed-to objects

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

<table>
<tr>
<td></td>
<td>

**FAST SIMON**

Platforms ▾    Solutions ▾    Resources ▾    Pricing

**In this article**

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

**What Is Visual Discovery?**

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/

</td>
</tr>
<tr>
<td>the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification device at the object;</td>
<td>

The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., price tag button to search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., cap, jeans, etc.).

As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a cap, etc.), and clicks on a price tag button, an image of the pointed-at object is clicked. The object is then identified by the accused product (by using Artificial Intelligence) and searched across merchants' collection. Similar products are then identified and presented to the user.

</td>
</tr>
</table>



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



Platforms ▾     Solutions ▾     Resources ▾     Pricing

## In this article

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., cap, jeans, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., cap, jeans, etc.) and actuates the at least one actuation means (e.g., price tag button to capture and search for an object). |
|---|---|

| | |
|---|---|
| device at the object and actuates the at least one actuation means; | As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a cap, jeans, etc.), and clicks on a price tag button, an image of the pointed-at object is clicked. The object is then identified by the accused application (by using Artificial Intelligence) and searched across merchants' collection. Similar products are then identified and presented to the user.<br><br> |

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

**FAST SIMON**                    Platforms ▾    Solutions ▾    Resources ▾    Pricing

**In this article**

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

| | |
|---|---|
| and a communication device for communicating the digital image to a different location when the user | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Fast Simon's database) when the user actuates the at least one actuation means (e.g., price tag button to capture and search for an object).

As shown below, the accused product is enabled on a user's smartphone. The smartphone |

| | |
|---|---|
| actuates the at least one actuation means; | is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched by the accused product across merchants' collection located at Fast Simon's database (e.g., different location), to identify and present similar products to the user.<br><br><br><br>https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/ |



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



| | | |
|---|---|---|
| Platforms ▾ | Solutions ▾ | Resources ▾   Pricing |

## In this article

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-

product-discovery/



list of likely pointed-to objects

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

| | |
|---|---|
| |  **Platforms ▾   Solutions ▾   Resources ▾   Pricing**<br><br>## How Does Visual Discovery Work?<br><br>**In this article**<br><br>What Is Visual Discovery?<br><br>How Does Visual Discovery Work?<br><br>Benefits Of Visual Discovery<br><br>Conclusion<br><br>Visual discovery works through AI and machine learning algorithms evaluating the uploaded image and extracting the primary characteristics of the image. These involve:<br><br>• Shape<br><br>• Color<br><br>• Texture<br><br>• Brand logo<br><br>• Fabric<br><br>And any other relevant details. Once it has this information, it compares these extracted characteristics with other product images and metadata stored in the database. Any that match or are closely linked are then presented in the findings. The search results will show all of the closest matches to the searcher.<br><br>https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/ |
| (b) communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Fast Simon's database).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across merchants' collection located at Fast Simon's database (e.g., different location). Similar products are then identified and |

presented to the user.



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

<table>
<tr><td></td><td>



Platforms ▼     Solutions ▼     Resources ▼     Pricing

## How Does Visual Discovery Work?

**In this article**

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

Visual discovery works through AI and machine learning algorithms evaluating the uploaded image and extracting the primary characteristics of the image. These involve:

- Shape
- Color
- Texture
- Brand logo
- Fabric

And any other relevant details. Once it has this information, it compares these extracted characteristics with other product images and metadata stored in the database. Any that match or are closely linked are then presented in the findings. The search results will show all of the closest matches to the searcher.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/

</td></tr>
<tr><td>

(c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely

</td><td>

The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Fast Simon's database) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).

As shown below, when a user uses the accused product, installed on the user's smartphone,

</td></tr>
</table>

| | |
|---|---|
| pointed-to objects; and | and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed using Artificial Intelligence to identify the object in the image. The object is then searched by the accused product across merchants' collection located at Fast Simon's database (e.g., different location). Products similar to the object in the image are identified and presented to the user. The user can thereafter view and buy these products.<br><br> |

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

**FAST SIMON**          Platforms ▾      Solutions ▾      Resources ▾      Pricing

**In this article**

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

| | |
|---|---|
| | https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/ <br><br> <br><br> https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/ |
| (d) returning the list of likely pointed-to objects to the user to select one of the | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image). |

| likely pointed-to objects; | As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product, by scanning a new object, a digital image of object is taken. This image is analysed using Artificial Intelligence to identify the object in the image. The object is then searched by the accused product across merchants' collection. Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products. |
| --- | --- |



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



Platforms ▾          Solutions ▾          Resources ▾          Pricing

**What Is Visual Discovery?**

**In this article**

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-product-discovery/



list of likely pointed-to objects

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/

| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image | The accused product practices - wherein the object (e.g., cap, jeans, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space. |

| on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as a cap, jeans, etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product (by using Artificial Intelligence) to identify objects. Among multiple objects (e.g., cap, jeans, etc.) identified in the image, the user can select to search for a specific object (e.g., cap). Products similar to the selected object are then searched across merchants' collection. These products are then presented to the user to view and buy. |
|---|---|



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



Platforms ▾        Solutions ▾        Resources ▾        Pricing

## In this article

What Is Visual Discovery?

How Does Visual Discovery Work?

Benefits Of Visual Discovery

Conclusion

## What Is Visual Discovery?

Visual discovery, sometimes known as visual search, is a search method that uses image data rather than textual data to produce the desired result. It leverages AI and machine learning to identify exact and similar looking products in the merchants collection. This means that shoppers can simply upload or reference an image of their own, and find what they need to in the store around them.

https://www.fastsimon.com/ecommerce-wiki/site-search/visual-discovery-enhancing-

product-discovery/



https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/



list of likely pointed-to objects

https://www.retaildive.com/news/fast-simon-debuts-visual-search-tool/608462/